**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 1:12-cv-04675 |
| | : | |
| JOHN DOES 1-14, | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 2 AND JOHN DOE 7 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 2 and John Doe 7 ("Defendants"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendants from this action with prejudice. John Doe 2 was assigned the IP Address 24.13.95.229 and John Doe 7 was assigned the IP Address 67.176.179.153. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants John Doe 2 and John Doe 7 have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: October____, 2012

    Respectfully submitted,

    By: ___/s/ *Paul J. Nicoletti*___
    Paul J. Nicoletti
    paul@nicoletti-associates.com
    Law Office of Nicoletti & Associates, PLLC
    36880 Woodward Avenue, Suite 100
    Bloomfield Hills, MI 48304
    Phone: 248-203-7800
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

 I hereby certify that on October____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: _/s/ *Paul J. Nicoletti*
                Paul J. Nicoletti