# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:12-cv-04675 |
| v. | ) |
| JOHN DOES 1-14, | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE 4

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendant, John Doe 4 ("Defendant"), from this action <u>without prejudice</u>. Defendant was assigned IP address 24.15.38.248. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: October 25, 2012

Respectfully submitted,
NICOLETTI & ASSOCIATES, PLLC

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel: (248) 203-7800
Fax: (248) 203-7801
E-Fax: (248) 928-7051
Email: paul@nicoletti-associates.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 24, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

            By:  <u>/s/ *Paul J. Nicoletti*   </u>