# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Malibu Media, LLC, et al.

                          Plaintiff,

v.                                      Case No.: 1:12–cv–04675
                                                  Honorable Milton I. Shadur

John Does 1–14

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 26, 2012:

      MINUTE entry before Honorable Milton I. Shadur:Motion to dismiss [10] is denied as moot.Motion to set aside verdict [13] is denied as moot. Motion to quash [21] is denied as moot. Motion for extension of time to serve defendant under Rule 4m [24] is granted to and including 1/4/13. Status hearing held on 10/26/2012. In accordance with this Court's oral ruling defendants 2–14 are hereby dismissed. Status hearing set for 1/3/2013 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.